**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Southern Division)**

| | |
|---|---|
| **DESEREE HERRING,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **UPWORK, INC.,** ) <br> ) <br> And ) <br> ) <br> **SUSAN PARRETT,** ) <br> ) <br> Defendants. ) <br> ) | Case No. 8:19-CV-03461-TDC |

**JOINT MOTION TO STAY CASE**

Plaintiff Deseree Herring, through counsel, and Defendants Upwork, Inc. and Susan Parrett, through their counsel, respectfully submit this Motion to Stay Case.

On or about January 20, 2020, Plaintiff's counsel informed Defendants' counsel of their intent to withdraw as counsel. So as to provide Plaintiff with the opportunity to obtain new counsel, the Parties request that the Court stay this case for ninety (90) days. If by the end of that time period Plaintiff has not obtained new counsel, the Parties request that the stay be lifted unless Plaintiff can show good cause why it should be extended.

Additionally, Defendants have informed Plaintiff of their belief that this Court does not have jurisdiction over this matter because of a binding arbitration agreement. Should the Plaintiff after Defendants have the opportunity to confer with her new counsel not voluntarily consent to dismissing the case, upon expiration of the Stay, Defendants intend to proceed with requesting

leave to file a Motion to Dismiss and Compel Arbitration, according to the procedures set forth in the Court's December 10, 2019 Case Management Order.

WHEREFORE, the Parties jointly request that the Court stay this matter for ninety (90) days commencing on the date the order is entered.

January 24, 2020

| MELEHY & ASSOCIATES LLC | LITTLER MENDELSON, PC |
|---|---|
| By: */s/ Omar V. Melehy* | By: */s/ Steven E. Kaplan* |
| (by permission) | Steven E. Kaplan, Bar No. 16531 |
| Omar V. Melehy, Bar No. 05712 | Meredith L. Schramm-Strosser, Bar No. 18537 |
| Andrew Balashov, Bar No. 19715 | 815 Connecticut Ave NW, Suite 815 |
| 8403 Colesville Road, Suite 610 | Washington, DC 20006 |
| Silver Spring, MD 20910 | Telephone: (202) 842-3400 |
| Telephone: (301) 587-6364 | Facsimile: (202) 842-0011 |
| Facsimile: (301) 587-5308 | skaplan@littler.com |
| ovmelehy@melehylaw.com | mschramm-strosser@littler.com |
| abalashov@melehylaw.com | |
| | *Counsel for Defendants Upwork, Inc. and Susan Parrett.* |
| *Counsel for Plaintiff* | |

**CERTIFICATE OF SERVICE**

I certify that on January 24, 2020, a true and correct copy of the foregoing was filed with the Clerk of the Court, and served upon the persons below, via the Court's CM/ECF system.

Omar V. Melehy, Bar No. 05712
Andrew Balashov, Bar No. 19715
MELEHY & ASSOCIATES LLC
8403 Colesville Road, Suite 610
Silver Spring, MD 20910

/s/ Steven E. Kaplan
Steven E. Kaplan