UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| DESEREE HERRING, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UPWORK, INC., )<br>)<br>And )<br>)<br>SUSAN PARRETT, )<br>)<br>Defendants. )<br>) | Case No. 8:19-CV-03461-TDC |

## ORDER

Upon consideration of the Parties Joint Motion to Stay, it is on this 24th day of Jan., 2020, hereby:

ORDERED, that the Motion is GRANTED; and

ORDERED, that the above-captioned matter shall be stayed for ninety (90) days commencing on the date this Order is entered; and it is further

ORDERED, that if new counsel for Plaintiff has not entered their appearance by the conclusion of the ninety (90) day stay period, the Plaintiff shall have to SHOW CAUSE why the stay should not immediately be lifted for further proceedings in this case.



U.S. District Court Judge
Theodore D. Chuang